Attachments "B"  Statement of Facts  10/6/2010
Lawrence Fabricating Company
Michael Ochadleus

| ORDER ISSUED TO | CONTRACT | NSN | AWARDED | QTY | AMOUNT | TEST COST |
|---|---|---|---|---|---|---|
| | | ATTACHMENT B | | | | |
| LFC | SPM7L3-07-M-1834 | 2510-01-447-8194 | 5/11/2007 | 112 | $2,800.00 | $595.02 |
| LFC | SPM7L3-07-M-1694 | 2590-01-386-4563 | 4/21/2007 | 58 | $5,742.00 | $1,413.17 |
| LFC | SPM7L2-07-M-3645 | 2540-01-158-7092 | 5/8/2007 | 93 | $2,604.00 | $2,206.53 |
| LFC | SPM7L2-07-M-3407 | 2540-00-179-3521 | 4/25/2007 | 117 | $2,340.00 | $1,214.83 |
| LFC | SPM7L3-07-M-0741 | 2590-01-360-5413 | 1/26/2007 | 30 | $2,760.00 | $917.32 |
| LFC | SPM7L2-07-M-5009 | 2540-00-740-4650 | 7/23/2007 | 258 | $7,740.00 | $644.61 |
| LFC | SPM7L2-07-M-1805 | 2540-01-159-5858 | 2/7/2007 | 129 | $3,237.90 | $1,983.40 |
| LFC | SPM7L4-07-M-1856 | 1025-00-133-9730 | 5/29/2007 | 406 | $5,196.89 | $991.70 |
| LFC | SPM7L3-07-M-2107 | 2510-00-114-4635 | 6/29/2007 | 126 | $1,449.00 | $1,090.87 |
| LFC | SPM7L1-07-M-0796 | 2510-00-753-9657 | 3/30/2007 | 204 | $4,488.00 | $1,413.17 |
| LFC | SPM7L3-07-M-2024 | 2590-00-113-0790 | 6/9/2007 | 213 | $2,130.00 | $842.95 |
| LFC | SPM7L2-07-M-5273 | 2540-00-885-5737 | 8/3/2007 | 184 | $18,032.00 | $1,115.66 |
| LFC | SPM7A3-07-M-0936 | 3040-00-999-2002 | 2/5/2007 | 93 | $1,581.00 | $718.98 |
| LFC | SPM7L3-06-M-2533 | 2510-01-447-8194 | 9/1/2006 | 149 | $4,172.00 | $1,041.29 |
| LFC | SPM7L2-08-M-0286 | 2540-00-828-3600 | 9/24/2007 | 23 | $1,955.00 | $1,413.17 |
| LFC | SPM7L1-07-M-0532 | 2510-00-117-0263 | 2/20/2007 | 39 | $2,652.00 | $1,884.23 |
| LFC | SPM7L3-07-M-1613 | 2590-01-083-5427 | 4/11/2007 | 119 | $4,879.00 | $1,041.29 |
| LFC | SPM7L2-07-M-3638 | 2590-01-418-9898 | 5/7/2007 | 408 | $5,304.00 | $1,437.97 |
| LFC | SPM7L1-07-M-2205 | 2540-01-248-8876 | 9/14/2007 | 106 | $2,968.00 | $1,140.46 |
| LFC | SPM7L2-07-M-3867 | 2540-00-885-5737 | 5/18/2007 | 76 | $7,980.00 | $3,146.98 |
| | | | | TOTAL | $90,010.79 | $26,253.60 |
| ORDER ISSUED TO | CONTRACT | NSN | AWARDED | QTY | AMOUNT | TEST COST |
| LINMARR | SPM7L3-06-V-1051 | 2510-01-439-6563 | 2/24/2006 | 5 | $1,284.00 | $590.53 |
| LINMARR | SPM7L3-06-M-0299 | 2510-01-439-6563 | 11/30/2005 | 27 | $5,420.25 | $616.20 |
| LINMARR | SPM7L2-06-V-0755 | 2540-00-055-9918 | 7/5/2006 | 160 | $10,953.60 | $1,976.98 |
| LINMARR | SPM751-06-D-5K27-0001 | 1005-01-112-8559 | 8/25/2006 | 200 | $20,900.00 | $3,902.60 |
| LINMARR | SPM7L4-06-M-0435 | 1005-01-112-6285 | 4/4/2006 | 86 | $4,460.82 | $2,054.00 |
| LINMARR | SPM7L1-07-D-7138-0001 | 4720-01-083-2991 | 12/6/2007 | 80 | $5,444.00 | $1,909.02 |
| LINMARR | SPM7L2-07-V-2459 | 2540-01-303-3006 | 6/21/2007 | 167 | $4,729.44 | $949.98 |
| LINMARR | SPM7L2-07-V-1823 | 2540-01-303-3006 | 4/16/2007 | 76 | $2,573.36 | $1,078.35 |
| LINMARR | SPM7L2-06-V-0665 | 2540-01-420-7916 | 6/26/2006 | 4 | $2,316.00 | $1,899.95 |
| | | | | TOTAL | $58,081.47 | $14,977.61 |
| ORDER ISSUED TO | CONTRACT | NSN | AWARDED | QTY | AMOUNT | TEST COST |
| TAOS | SPM7L3-07-M-1648 | 2530-00-740-9448 | 4/17/2007 | 163 | $2,572.14 | $1,258.08 |
| TAOS | SPM7L3-07-M-1636 | 2590-01-310-6431 | 4/13/2007 | 12 | $1,380.00 | $847.28 |
| TAOS | SPM7A3-07-M-0937 | 3040-01-018-3701 | 2/6/2007 | 124 | $1,605.80 | $2,362.10 |
| TAOS | SPM7L3-07-M-1021 | 2590-01-347-7436 | 2/17/2007 | 16 | $2,000.00 | $1,360.78 |
| TAOS | SPM7A3-07-M-1330 | 3040-01-018-3701 | 3/12/2007 | 132 | $2,291.52 | $1,181.05 |
| TAOS | SPM7L3-07-M-2157 | 2510-01-407-0200 | 6/22/2007 | 14 | $6,090.00 | $1,078.35 |
| TAOS | SPM7L2-07-M-0339 | 2540-00-300-6975 | 10/26/2006 | 24 | $2,191.20 | $1,283.75 |
| TAOS | SPM7L1-07-M-V496 | 2590-01-360-5411 | 7/6/2007 | 21 | $2,203.95 | $975.65 |
| TAOS | SPM7L2-07-M-2142 | 2590-01-347-7434 | 2/23/2007 | 14 | $1,958.60 | $1,052.68 |
| TAOS | SPM7A1-07-M-V243 | 3040-01-090-4562 | 3/2/2007 | 100 | $2,705.00 | $2,061.31 |
| | | | | TOTAL | $24,998.21 | $13,461.03 |